IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G- T-., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN MCSHANE, et al., <br><br> Defendants. | CIVIL ACTION <br><br><br> NO. 25-5788-KSM |

## ORDER

**AND NOW**, this 29th day of October, 2025, it is **ORDERED** that the Court's October 21, 2025, Order (Doc. No. 9) and October 28, 2025, Amended Order (Doc. No. 14) scheduling a Telephonic Pretrial Conference is **VACATED**.[1]

       **IT IS SO ORDERED.**

 

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] This Order was filed in error.